**Edward Maurice SINGLETON,**
**Petitioner–Appellant,**

v.

**UNITED STATES of America,**
**Respondent–Appellee.**

No. 01–7925.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 22, 2002.

Edward Maurice Singleton, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Edward Maurice Singleton appeals the district court's order denying his motion for reconsideration of his conviction and sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Singleton*, No. CR–95–549 (D.S.C. Sept. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*